# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    DONALD W FLEMING, JR.<br>    TANYA R FLEMING<br>                          Debtors | CASE NO: 08-30683<br>           (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010013**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 47 | AMERICAN HOME MORTGAGE<br>BOX 631730<br>IRVING, TX  75063 | 19.53 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Case 3:08-bk-30683    Doc 65    Filed 04/13/10    Entered 04/13/10 08:33:30    Desc Main
Document      Page 2 of 2

Certificate of Service                08-30683

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DONALD W FLEMING, JR.
TANYA R FLEMING
331 TRUNK DRIVE
DAYTON, OH  45431

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(47.1)
AMERICAN HOME MORTGAGE
BOX 631730
IRVING, TX  75063

(1108.1n)
OPTION ONE MORTGAGE CORPORATION
BANKRUPTCY DEPARTMENT
3 ADA DRIVE
IRVINE, CA  92618

(43.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(47.3)
REIMER LORBER & ARNOVITZ CO
2450 EDISON BLVD
TWINSBURG, OH  44087

(39.1n)
STEVE FRANKS
PO BOX 968
TWINSBURG, OH  44087

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                cs

0830683_42_20100413_0743_278/T317_cs